UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| WINFRED WILLIS and <br> NICOLE ARKWRIGHT, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTH CAROLINA INVESTMENT VII, <br> INC., A GEORGIA CORPORATION, <br> And SOUTH CAROLINA INVESTMENT <br> X, INC., A GEORGIA CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO. CV416-214 |

**ORDER APPROVING**
**SETTLEMENT OF FLSA CLAIMS**

Plaintiffs, Winfred Willis and Nicole Arkwright, and Defendants, South Carolina Investment VII, Inc. and South Carolina Investment X, Inc. (collectively "the Parties"), have notified the Court that the Parties have resolved this action and have requested the Court to approve the settlement agreements between the Plaintiffs and the Defendants resolving the Plaintiffs' claims in this case which were brought under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA") and to authorize the voluntary dismissal with prejudice of this action in its entirety.

The Court having read and considered the joint motion of the Parties to approve the settlement and having read and considered the Confidential Settlement Agreement and Mutual General Release executed by each Plaintiff and by the Defendants, the Court finds that each settlement represents a reasonable compromise, and is fundamentally fair and adequate with respect to the resolution of Plaintiffs' FLSA claims.

1

1722564.1

THEREFORE the settlement agreements between the Plaintiffs and Defendants are approved and the Clerk is authorized to mark this case as having been "Dismissed With Prejudice" with each party responsible for its own costs.

This 15 day of March, 2017.

_____
LISA GODBEY WOOD, ~~CHIEF JUDGE~~
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA